# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157319

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                                   SC: 157319
                                   COA: 333988
                                   Kalamazoo CC: 2015-001179-FC

KEVIN DEANDRE WARE,
          Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the January 9, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2018

Clerk

s0522